# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V. | U.S. District Court | 06/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
312 N. Spring Street, Room 217J
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Dividend | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | M | W | | | | | |
| 3. Sandpiper LTD - Partner | C | Dividend | M | W | | | | | |
| 4. Capital - Partner -Sacramento CA | B | Dividend | M | W | | | | | |
| 5. Capri - NY, NY | G | Rent | P2 | W | | | | | |
| 6. BONDS: | | | | | | | | | |
| 7. City Natl Bank Acct | A | Interest | L | T | | | | | |
| 8. City Natl Bank Acct #2 and MM | A | Interest | | | Closed | 05/31/13 | J | | |
| 9. BROKERAGE ACCT #1 | | | | | | | | | |
| 10. UB Highmark Div. MM | A | Interest | O | T | Buy (add'l) | 07/19/13 | O | | |
| 11. CA St GO | B | Interest | M | T | | | | | |
| 12. LA CA Uni Sel Dist | B | Interest | L | T | | | | | |
| 13. Baldwin Park CA Uni Schl Dist | A | Interest | L | T | | | | | |
| 14. CA ST RANS | D | Interest | | | Redeemed | 06/20/13 | O | | |
| 15. BROKERAGE ACCT #2 | | | | | | | | | |
| 16. MSSB MM Funds | A | Interest | O | T | | | | | |
| 17. BROKERAGE ACCT #3 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA - Charter Prime MM Fund | A | Interest | P1 | T | | | | | |
| 19. GNMA | A | Interest | J | T | | | | | |
| 20. GNMA | A | Interest | J | T | | | | | |
| 21. Goldman Sachs Bk CD | A | Interest | | | Redeemed | 01/11/13 | M | | |
| 22. State Bk India NY CD | A | Interest | | | Redeemed | 01/25/13 | M | | |
| 23. Doral Bank Catano CD | A | Interest | | | Redeemed | 01/25/13 | M | | |
| 24. CNI Gov't MM | D | Interest | P1 | T | | | | | |
| 25. CA ST Bonds | C | Interest | N | T | | | | | |
| 26. CA ST GO Bonds | B | Interest | | | Redeemed | 10/01/13 | M | | |
| 27. Sovereighn Bk CD | A | Int./Div. | | | Redeemed | 03/28/13 | M | | |
| 28. Amboy Natl Bk CD | A | Interest | | | Redeemed | 04/09/13 | M | | |
| 29. Bank Hapoalim NY CD | A | Int./Div. | | | Redeemed | 01/07/13 | M | | |
| 30. BROKERAGE ACCT #4 | | | | | | | | | |
| 31. CA ST RFDG | B | Interest | L | T | | | | | |
| 32. CA ST Var Purp | C | Interest | M | T | | | | | |
| 33. CA ST RFDG | B | Interest | L | T | | | | | |
| 34. CA ST Var Purp | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CA GO | C | Interest | L | T | | | | | |
| 36. CA St Var Purp | B | Interest | K | T | | | | | |
| 37. RMA Fund Inc | A | Interest | M | T | | | | | |
| 38. St of CA | D | Interest | | | Redeemed | 06/20/13 | N | | |
| 39. CA ST A-2 | A | Interest | N | T | Buy | 08/22/13 | N | | |
| 40. BROKERAGE ACCT #5 | | | | | | | | | |
| 41. JP Morgan Dep Acct | A | Interest | P1 | T | | | | | |
| 42. State of CA | E | Interest | M | T | | | | | |
| 43. CA ST RFDG | D | Interest | L | T | | | | | |
| 44. CA ST | D | Interest | L | T | | | | | |
| 45. Top Ships Inc | A | Interest | K | T | | | | | |
| 46. BROKERAGE ACCT #6 | | | | | | | | | |
| 47. WF Bank Deposit Sweep | B | Interest | P1 | T | Buy (add'l) | 12/31/13 | P1 | | |
| 48. CA ST Var Purp | C | Interest | M | T | | | | | |
| 49. CA ST Var Purp | D | Interest | M | T | | | | | |
| 50. CA ST FGIC | A | Interest | K | T | Redeemed (part) | 01/28/13 | K | | |
| 51. " " " | A | Int./Div. | J | T | Redeemed (part) | 03/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Fedl Hm Ln Bk | B | Interest | | | Redeemed | 12/18/13 | K | | |
| 53. US Treas | A | Interest | | | Redeemed | 07/15/13 | K | | |
| 54. CA ST Var Purp | C | Interest | K | T | | | | | |
| 55. CA ST RFDG | A | Interest | J | T | Redeemed (part) | 05/01/13 | J | | |
| 56. CA ST | A | Interest | | | Redeemed | 10/10/13 | K | | |
| 57. CA ST | B | Interest | K | T | | | | | |
| 58. CA ST | C | Interest | M | T | | | | | |
| 59. CA ST Var Purp | D | Interest | M | T | | | | | |
| 60. CA ST UNREF Bal-Ref | B | Interest | | | Redeemed | 05/23/13 | K | | |
| 61. CA ST Water Res Dev-Ser | A | Interest | K | T | | | | | |
| 62. CA ST | A | Interest | L | T | | | | | |
| 63. CA ST | A | Interest | | | Redeemed | 08/01/13 | J | | *see explanation |
| 64. CA ST GO | B | Interest | | | Redeemed | 12/18/13 | K | | |
| 65. CA ST | A | Interest | | | Redeemed | 06/20/13 | O | | |
| 66. BROKERAGE ACCT #7 | | | | | | | | | |
| 67. Morgan Stanley MM | A | Interest | N | T | Buy (add'l) | 06/12/13 | N | | *see explanation |
| 68. CA ST | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CA ST Var Purp | B | Interest | K | T | | | | | |
| 70. CA CT Var Purp | C | Interest | L | T | | | | | |
| 71. CA ST Var Purp | C | Interest | L | T | | | | | |
| 72. CA ST | D | Interest | M | T | | | | | |
| 73. CA ST Var Purp | A | Interest | J | T | Redeemed (part) | 08/01/13 | J | | |
| 74. CA ST | D | Interest | M | T | | | | | |
| 75. CA ST Rev Antic Notes | | | M | T | | | M | | *see explanation |
| 76. " " " " " | C | Interest | | | Redeemed | 06/20/13 | M | | * " " |
| 77. CA ST Rev Antic Notes | C | Interest | N | T | Buy | 08/16/13 | N | | |
| 78. BROKERAGE ACCT #8 | | | | | | | | | |
| 79. ML Short Term Global Income Black Rock IRRA | A | Interest | L | T | | | | | |
| 80. Mutual Fund - Muni Inv Trust | A | Interest | J | T | | | | | |
| 81. CA ST | B | Interest | L | T | Redeemed (part) | 05/01/12 | K | | * see explanation |
| 82. " " | A | Interest | | | Redeemed | 11/01/13 | J | | |
| 83. CA ST | B | Interest | K | T | Redeemed (part) | 05/01/12 | K | | *see explanation |
| 84. " " | B | Interest | | | Redeemed | 11/01/13 | K | | |
| 85. ML Bank USA RASP CMA Fund | B | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCT #9 | | | | | | | | | |
| 87. CW Genl Govt Mny Mkt CIB | A | Interest | O | T | Buy | 06/20/13 | O | | |
| 88. " " " " " | A | Interest | K | T | | 12/04/13 | K | | *see explanation |
| 89. CA ST Rev | E | Interest | | | Redeemed | 06/20/13 | O | | |
| 90. BROKERAGE ACCT #10 | | | | | | | | | |
| 91. MM Funds - RBC | A | Interest | O | T | | | | | |
| 92. State of CA GO | B | Interest | L | T | | | | | |
| 93. State of CA GO | B | Interest | L | T | | | | | |
| 94. State of CA GO | B | Interest | L | T | | | | | |
| 95. CA ST GO | B | Interest | K | T | | | | | |
| 96. BROKERAGE ACCT #11 | | | | | | | | | |
| 97. WF account | | None | O | T | Open | 12/04/13 | O | | *see explanation |
| 98. Bank Deposit Sweep | A | Interest | P1 | T | | | | | |
| 99. Discover Bank CD | A | Interest | | | Redeemed | 05/07/13 | M | | |
| 100. Mizuho Corp Bank USA CD | A | Interest | | | Redeemed | 11/07/13 | M | | |
| 101. Bank of India CD | A | Interest | | | Redeemed | 05/01/13 | M | | |
| 102. Bank of China CD | A | Interest | | | Redeemed | 05/01/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Apple Bk for Svgs CD | A | Interest | | | Redeemed | 05/21/13 | M | | |
| 104. Merrick Bank CD | A | Interest | | | Redeemed | 11/15/13 | M | | |
| 105. BMW Bank Nrth America CD | A | Interest | | | Redeemed | 11/14/13 | M | | |
| 106. Comenity Bank CD | A | Interest | | | Redeemed | 06/19/13 | M | | |
| 107. Everbank CD | | | M | T | Buy | 01/31/13 | M | | |
| 108. " " | A | Interest | | | Redeemed | 08/08/13 | M | | |
| 109. Investors Bk CD | | | M | T | Buy | 01/31/13 | M | | |
| 110. " " " | A | Interest | | | Redeemed | 11/15/13 | M | | |
| 111. Bank of Baroda CD | | None | M | T | Buy | 04/22/13 | M | | |
| 112. US T Bill | | | P1 | T | Buy | 05/13/13 | P1 | | |
| 113. " " | A | Interest | | | Redeemed | 08/08/13 | P1 | | |
| 114. Beal CD | A | Interest | M | T | Buy | 05/16/13 | M | | |
| 115. GE Capital Bank CD | A | Interest | M | T | Buy | 05/16/13 | M | | |
| 116. Customers Bank CD | | | M | T | Buy | 05/20/13 | M | | |
| 117. " " " | A | Interest | | | Redeemed | 11/22/13 | M | | |
| 118. Fifth Third Bank CD | A | Interest | M | T | Buy | 06/24/13 | M | | |
| 119. State Bank India CD | | None | M | T | Buy | 07/17/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. US T Bill | | | P1 | T | Buy | 08/16/13 | P1 | | |
| 121. " " " | A | Interest | | | Redeemed | 11/14/13 | P1 | | |
| 122. Compass Bank CD | A | Interest | M | T | Buy | 08/22/13 | M | | |
| 123. Discover Bank CD | A | Interest | M | T | Buy | 08/23/13 | M | | |
| 124. Bank of India CD | | | M | T | Buy | 08/28/13 | M | | |
| 125. " " " " | A | Interest | | | Redeemed | 12/04/13 | M | | |
| 126. CA ST Var Purp | A | Interest | M | T | Buy | 10/23/13 | M | | |
| 127. Bank of India CD | | None | M | T | Buy | 12/31/13 | M | | |
| 128. BROKERAGE ACCT #12 | | | | | | | | | |
| 129. WF Bank Deposit Sweep | B | Interest | K | T | | | K | | *see explanation |
| 130. Pennsylvania ST | B | Interest | M | T | | | | | |
| 131. " " | B | Interest | M | T | | | | | |
| 132. ITT Corp | B | Interest | K | T | | | | | |
| 133. FT Enhance Eqty | A | Interest | | | Redeemed | 07/29/13 | J | | |
| 134. General Elec Co | B | Interest | K | T | | | | | |
| 135. Yuba | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:   Investments and Trusts:

Line 63 Column D(3):  should have been J in previous year.

Line 67:  Name changed from Citibank to Morgan Stanley MM

Line 75 & 76: CA St Rev Antic Notes - bought on 8/17/2012 --- should have been on 2012 Report.  This was redeemed on 6/20/13

Line 81 & 82:  CA ST -Column C (1):  Should be J  There was a partial redemption on this on 5/1/2012.  This was redeemed on 11/1/13

Line 83 & 84: CA ST - this was partially redeemed on 5/1/2012.  This was redeemed on 11/1/13

Line 88:   partial money from this account was transferred to Wells Fargo Bank on December 4, 2013 - account opened with Wells Fargo Bank  -- Line 97

Line 97:  WF new account (see Line 88)

Line 129 : Bank Deposit Sweep:   Should have been on last year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

Page 14 of 14

Name of Person Reporting

Wilson, Stephen V.

Date of Report

06/30/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Stephen V. Wilson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544